# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRITTANY NICOLE SHARP

VERSUS

JOSHUA MALONE JORDAN

NO.   2022 CW 1229

**JANUARY 17, 2023**

---

In Re:   Brittany Nicole Sharp, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 158415.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT